UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELDREED BERRY, et al.,

                Plaintiffs,

v.

LYNN MOORE, et al.,

                Defendants.

_____/

Case No. 2:17-cv-13877

HONORABLE STEPHEN J. MURPHY, III

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order

dated July 25, 2019, judgment is entered in favor of Lynn Moore, the City of Detroit,

Adam Sklarski, J. Hebner, Roy Harris, Jeffery Wawrzyniak, William Morrison,

Joseph Castro, Bashawn Gaines, Sadie Howell, and Ryan Paul and against Plaintiffs.

DAVID J. WEAVER
CLERK OF THE COURT

BY: s/ D. Parker_____
Deputy Clerk

Dated: July 25, 2019

APPROVED:

s/ Stephen J. Murphy, III_____
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on July 25, 2019, by electronic and/or ordinary mail.

s/ David P. Parker_____
Case Manager

1