# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 26, 2020

Ms. Linda Denise Fegins
City Of Detroit Law Department
2 Woodward Avenue
Suite 500
Detroit, MI 48226

Mr. Solomon M. Radner
Excolo Law
26700 Lahser Road
Suite 401
Southfield, MI 48033

Re: Case No. 19-1957, *Eldreed Berry, et al v. Lynn Moore, et al*
Originating Case No. : 2:17-cv-13877

Dear Sir or Madam,

  The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 19-1957

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

ELDREED BERRY; RUTH H. BERRY; MICHAEL TENNON

    Plaintiffs - Appellants

v.

LYNN MOORE, Officer; CITY OF DETROIT, MI; ADAM SKLARSKI, Officer; C. MOREAU, Officer; J. HEBNER, Officer; ROY HARRIS, Sergeant, Officer; JEFFERY WAWRYZNIAK, Officer; WILLIAM MORRISON, Officer; JOSEPH CASTRO, Officer; BASHAWN GAINES, Officer; SADIE HOWELL, Officer; RYAN PAUL, Officer

    Defendants - Appellees

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                        **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
                                        Deborah S. Hunt, Clerk

Issued: February 26, 2020